**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1692**

CARLOS ANDRE JACKSON,

       Debtor - Appellant,

    v.

US BANKRUPTCY ADMINISTRATOR FOR THE WESTERN DISTRICT OF NORTH CAROLINA,

       Trustee - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:24-cv-00554-MOC)

Submitted:  July 7, 2025                                        Decided:  July 16, 2025

Before KING, WYNN, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carlos Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Andre Jackson seeks to appeal the district court's order denying his motion for a stay pending resolution of his appeal from the bankruptcy court's order dismissing his case. The U.S. Bankruptcy Administrator has moved to dismiss the appeal as moot. We deny this motion but dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Jackson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2